In the Matter of the Application of JOSEPH FERDINAND Compelling His Reinstatement to the Position of Inspector of Regulating, Grading and Paving, Grade

2, in the Office of the Department of Parks, etc., against ROBERT MOSES, Commissioner of Parks of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.